Dismissed and Opinion filed April 3, 2003









Dismissed and Opinion filed April 3, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00133-CV

____________

 

R. WAYNE JOHNSON, Appellant

 

V.

 

CHARLES BACARISSE, Appellee

 



 

On
Appeal from the 61st District Court

Harris County, Texas

Trial
Court Cause No. 01-64272

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed February 20, 2002.[1]  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  








On March 11, 2003, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).  Appellant
filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed April 3, 2003.

Panel consists of Chief Justice
Brister and Justices Fowler and Edelman.

 











[1]  The notice of
appeal was apparently misfiled at the District Clerk=s office.  The
appeal was not assigned to this Court until January 30, 2003.